No. 02–1310. ROSENKRANTZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–1331. UNIFUND CCR PARTNERS, INC. v. MAGRIN. C. A. 9th Cir. Certiorari denied.

No. 02–1338. GRANT v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 02–1345. EDWARDS v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 02–1357. LOCKHEED INFORMATION MANAGEMENT SERVICES, INC., ET AL. v. STANLEY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–1358. MORENO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–1360. O'CONNELL v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY ET AL. Ct. App. Tenn. Certiorari denied.

No. 02–1365. ZIMMERMAN ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 02–1372. NISSENBAUM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–1391. MAYFIELD v. MARYLAND. Cir. Ct. Prince George's County, Md. Certiorari denied.

No. 02–7517. EVANS v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 02–7565. GIFFORD v. VAIL RESORTS, INC. C. A. 10th Cir. Certiorari denied.

No. 02–7823. MATHIS v. STAFFORD COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7859. CHAPMAN v. LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.